UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNON MICHELLE CLARK,

    Defendant.

Case No. CR11-229-MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 30, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Mary Dimke, and defendant was represented by Nancy Tenney. Also present was U.S. Probation Officer Angela M. McGlynn. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 17, 2009, by the Honorable Donald W. Molloy, U.S. District Court Judge, District of Montana for Black Mail. She received five years of supervised release.

Ms. Clark originally began her five year term of probation on September 17, 2009. Supervision was accepted by the District of Nevada on October 23, 2009. On March 22, 2010, a

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

violation report and request for warrant was submitted to the Court in the District of Montana, alleging Ms. Clark violated the conditions of supervision by failing to report for drug testing, failing to participate in substance abuse treatment, consuming alcohol, and possessing marijuana. On April 12, 2010, Ms. Clark's probation was revoked and she was sentenced to 8 months detention followed by one year of supervised release.

On June 28, 2011, a violation report was submitted to the Honorable Donald W. Molloy in the District of Montana, alleging the defendant consumed alcohol, used marijuana, and left the judicial district without permission. No Court action was requested and approved as the defendant greed to participate in intensive Moral Reconation Therapy (MRT) Program, and for leaving the district without permission, the defendant agreed to perform 30 hours of community service. In addition, a transfer of jurisdiction was requested at the time these violations were reported.

On July 8, 2011, the Western District of Washington accepted jurisdiction from the District of Montana.

On July 27, 2010, a report requesting a modification to the defendant's conditions of supervision to add that the defendant participate in the home confinement program with electronic monitoring and the sobrietor for 60 days was recommended after the defendant admitted to drinking alcohol. The modification was approved by the Court on August 2, 2011.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated August 26, 2011, U.S. Probation Officer Angela M. McGlynn alleged that defendant violated the following conditions of supervised release:

1. Failing to comply with the Location Monitoring (LM) Program on August 18, August 24, and August 25, 2011, in violation of the special condition requiring her to participate

in the LM Program with electronic home monitoring and the sobrietor (alcohol testing device0 as directed by the probation officer for a period of 60 days.

2. Consuming alcohol on or before August 18, August 24, and August 25, 2011, in violation of the special condition that prohibits the defendant from consuming alcohol.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations and waived any hearing as to whether they occurred. Counsel will contact U.S. District Judge Marsha J. Pechman to set a disposition hearing date.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 30th day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge